UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| American International Specialty Lines Insurance Company,<br><br>    Plaintiff(s),<br><br>vs.<br><br><br>St Paul Fire and Marine Insurance Company,<br><br>    Defendant(s). | C07-780MJP<br>MINUTE ORDER |

The following Minute Order is made by direction of the Clerk of Court, Bruce Rifkin:

Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004 regarding consent to proceed before the Magistrate Judge, this action has been reassigned to the **Honorable Marsh J. Pechman**, United States District Court Judge. All future documents filed in this case must bear the cause number **C07-780MJP** and bear the Judge's name in the upper right hand corner of the document.

Dated this  24th    day of  May  , 2007.
Bruce Rifkin, Clerk of Court

By *Judith A. Thomas*
Judith A. Thomas, Deputy Clerk